```
LITA M. VERRIER (SBN 181183)
ERNEST E. PRICE (SBN 164534)
JONATHAN C. HATFIELD (SBN 292198)
ROPERS MAJESKI PC
445 South Figueroa St, 30th Floor
Los Angeles, CA 90071
Telephone:  213.312.2000
Facsimile:  213.312.2001
Email:      lita.verrier@ropers.com
            ernest.price@ropers.com
            jonathan.hatfield@ropers.com
```

Attorneys for Plaintiff
KRIS DOE and NATE DOE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS DOE and NATE DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>BRIDGES TO RECOVERY, LLC, et al.,<br><br>    Defendants. | Case No. 2:20-cv-00348-SVW-SK<br>*Hon. Stephen V. Wilson*<br><br>**NOTICE OF SETTLEMENT**<br><br>Final Pretrial Date:   April 12, 2021<br>Trial Date:            April 20, 2021<br>SAC Filed:             September 9, 2020 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Defendant ERIC STRANG have reached a settlement in the above-referenced case. Defendant STRANG will file a Motion for Good Faith Settlement on Monday, March 29, 2021. Pending the occurrence of certain conditions precedent, Plaintiffs will file a Dismissal with Prejudice as to Defendant Strang.

///
///
///
///
///
///
///

| | |
|---|---|
| Dated: March 26, 2020 | Respectfully submitted, |
| | ROPERS MAJESKI |
| | By: /s/*Lita M. Verrier* |
| |     LITA M. VERRIER |
| |     ERNEST PRICE |
| |     JONATHAN C. HATFIELD |
| |     Attorneys for Plaintiffs |
| |     KRIS DOE and NATE DOE |