UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-348-SVW | Date | April 20, 2021 |
|---|---|---|---|
| Title | *Kris Doe et al. v. Bridges to Recovery, LLC et al.* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER GRANTING [321] MOTION FOR GOOD FAITH SETTLEMENT APPROVAL.

Before the Court is a motion for a good faith settlement approval filed by Defendant Eric Strang. Dkt. 321.

California law generally requires courts to consider a variety of factors in determining whether to approve a good faith settlement. *See Tech-Bilt, Inc. v. Woodward-Clyde & Associates*, 38 Cal.3d 448, 499–502 (Cal. 1985). However, "only when the good faith nature of a settlement is disputed" is it "incumbent upon the trial court to consider and weigh the *Tech-Bilt* factors." *City of Grand Terrace v. Superior Ct.*, 192 Cal.App.3d 1251, 1261 (Cal. Ct. App. 1987). "[W]hen no one objects, the barebones motion which sets forth the ground of good faith, accompanied by a declaration which sets forth a brief background of the case is sufficient." *Id.*

Here, on March 29, 2021, Strang filed a motion for a good faith settlement approval that set forth the grounds of good faith and was accompanied by the requisite declaration. *See generally* Dkt. 321. On March 31, 2021, the Court ordered any party that opposes the motion to file an opposition by April 7, 2021. Dkt. 322. No party filed an opposition, either before or since April 7, 2021.

Accordingly, the Court need not consider and weigh the *Tech-Bilt* factors, and Defendant Strang's motion is GRANTED.

IT IS SO ORDERED.

| | : |
|---|---|
| Initials of Preparer | |
| | PMC |