1  ERNEST E. PRICE (SBN 164534)
   **ROPERS MAJESKI PC**
2  445 South Figueroa St, 30th Floor
   Los Angeles, CA 90071
3  Telephone: 213.312.2000
   Facsimile: 213.312.2001
4  Email: ernest.price@ropers.com

5
   Attorneys for Plaintiff
6  KRIS DOE and NATE DOE

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | KRIS DOE and NATE DOE, | Case No. 2:20-cv-00348-SVW-SK |
|---|---|---|
| 12 | Plaintiffs, | *Hon. Stephen V. Wilson* |
| 13 | v. | **NOTICE OF SETTLEMENT** |
| 14 | BRIDGES TO RECOVERY, LLC, et al., | |
| 15 | | Final Pretrial Date: Oct. 18, 2021<br>Trial Date: Nov. 2, 2021 |
| 16 | Defendants. | |

17   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
18 RECORD:
19   PLEASE TAKE NOTICE that Plaintiffs and all "Remaining Defendants" –
20 Defendants Bridges to Recovery, LLC, Constellation Behavioral Health, LLC,
21 Qemal Shaholli, Trevor Small and Les Katz – have reached a settlement in the
22 above-referenced case. Pending the occurrence of certain conditions precedent,
23 Plaintiffs will file a Dismissal with Prejudice as to these Remaining Defendants.

24 Dated: October 4, 2021              Respectfully submitted,

25                                    ROPERS MAJESKI

26                                    By: /s/ *Ernest E. Price*
27                                       ERNEST PRICE
                                         Attorneys for Plaintiffs
28                                       KRIS DOE and NATE DOE

4830-8983-8077.1                                     NOTICE OF SETTLEMENT
                                                     2:20-CV-00348-SVW--SK