JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS DOE and NATE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGES TO RECOVERY, LLC, et al.,<br><br>Defendants. | Case No. 2:20-cv-00348-SVW-SK<br><br>*Hon. Stephen V. Wilson*<br><br>**ORDER OF DISMISSAL**<br><br>*Fed.Rule.Civ.Proc. 41(a)(2)* |

    Having reviewed and approved the parties' Stipulation of Dismissal, as a condition of Plaintiffs and Defendants BRIDGES TO RECOVERY, LLC, CONSTELLATION BEHAVIORAL HEALTH, LLC and MR. LES KATZ ("Defendants") confidential settlement agreement ("settlement agreement") referenced therein and as a pre- condition of the parties' Stipulation of Dismissal, the court is to retain jurisdiction over the settlement agreement and its enforcement. The foregoing considered and finding good cause,

    **IT IS HEREBY ORDERED** that the aforementioned parties comply with the terms of the parties' settlement agreement. Pursuant to this settlement agreement, the Stipulation of Dismissal, and pursuant to the court's own inherent

1  powers, Fed. R. Civ. P. 41(a)(2), the court hereby retains jurisdiction to enforce the
2  parties' settlement agreement.  Any breach of the settlement agreement would be a
3  violation of this court's orders, and the court will continue to exercise and has
4  ancillary jurisdiction to enforce the said settlement agreement.

5  Having now reserved and retained jurisdiction over the settlement agreement
6  and its enforcement, the court subsequently grants the Stipulation of Dismissal of
7  the complaint against Defendants.  This Action shall be, and hereby is, dismissed
8  with prejudice in its entirety as to all claims as to Defendants BRIDGES TO
9  RECOVERY, LLC, CONSTELLATION BEHAVIORAL HEALTH, LLC and MR.
10 LES KATZ.  Each party shall bear its own attorney's fees, expenses and costs.

11 **IT IS SO ORDERED**

13 Dated:  October 27, 2021

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE